United States District Court
Southern District of Texas
**ENTERED**
August 14, 2017
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED

AUG 1 4 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JOSE JESUS MENDEZ; JAMES RODRIGUEZ; and BOESCH TRUCKING L.L.C.<br>Plaintiffs<br><br>VS.<br><br>CRST EXPEDITED, INC. and SCOTT CORNELIUS<br>Defendants | § § § § § § § § § § § | CIVIL ACTION NO. 7:16-cv-364<br><br>JURY REQUESTED |

## ORDER GRANTING AGREED JOINT MOTION OF PLAINTIFFS AND DEFENDANTS TO DISMISS ALL CLAIMS WITH PREJUDICE

BE IT REMEMBERED that on this 14th day of August, 2014, Plaintiffs Jose Jesus Mendez, Jr. and James Rodriguez and Defendants CRST Expedited, Inc. and Conrad Cornelius Scott III filed an agreed joint Motion to dismiss with prejudice all claims herein, and the Court being fully advised, said the Motion should in all things be GRANTED. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action herein be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED AT McAllen, Texas on this 14th day of August, 2017.

_____
UNITED STATES MAGISTRATE
PRESIDING